UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 15-30093-MGM |
| JOSE BOU and SALSARENGUE, INC. | * |
| d/b/a Salsarengue, Inc. | * |
| | * |
| Defendants. | * |

MEMORANDUM AND ORDER REGARDING REPORT AND
RECOMMENDATION ON PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AND ASSESSMENT OF DAMAGES
(Dkt. No. 23)

February 22, 2016

MASTROIANNI, U.S.D.J.

Plaintiff, J&J Sports Products, Inc., as the holder of the exclusive, nationwide, commercial distribution rights to a May 4, 2013 WBO Welterweight Championship Fight between Floyd Mayweather and Robert Guerrero ("the Program"), filed this suit against Defendants, Jose Bou and Salsarengue, Inc., seeking damages for violation of federal broadcasting statutes in connection with Defendants' alleged unlawful interception and broadcasting of the Program at their bar, located at 392 High Street in Holyoke, Massachusetts.  Defendants failed to appear or otherwise defend. The clerk entered defaults against them on September 8, 2015 and on October 9, 2015 Plaintiff filed its Motion for Default Judgment and Assessment of Damages. The case was referred to Magistrate Judge Katherine A. Robertson and on January 20, 2016 she issued her Report and Recommendation

2

("R&R"), advising that an award enter against Defendants in the amount of $11,181.90. Objections to the R&R were due on February 3, 2016. No objection was filed by any party.

The court has reviewed the R&R, as well as the Plaintiff's original motion. Noting that no objections have been filed, the court, upon *de novo* review, hereby ADOPTS Judge Robertson's R&R (Dkt. No. 23).

The court, therefore, ALLOWS Plaintiff's Motion for Entry of Default Judgement (Dkt. No. 10). The Clerk is ordered to enter a judgment for Plaintiff in the amount of $11,181.90. This case may now be closed.

It is So Ordered.

    /s/ Mark G. Mastroianni  
MARK G. MASTROIANNI  
United States District Judge